UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 08-cr-54-P-S |
| ) | |
| RICHARD SZPYT, et al. ) | |

**ORDER ON DEFENDANTS' PENDING MOTIONS**

In its October 31, 2008 Order (Docket # 495), the Court reserved ruling on Defendants' multiple requests to sever Count Eight of the original indictment in this case, made via Defendant Szpyt's Motion to Sever (Docket # 361), Defendant Weston's Motion to Sever (Docket # 347), Defendant Guarino's Motion to Sever (Docket # 370), and Defendant Moore's Motion to Sever (Docket # 353). The Government had previously indicated, both orally and in writing, that it was prepared to sever Count Eight once Defendant Szpyt filed an appropriate speedy trial waiver.

Defendant Szpyt has now filed his speedy trial waiver (Docket # 549), and the Court has filed its Speedy Trial Order with respect to Count Seven of the Superseding Indictment (Docket # 550).[1] Thus, the Court GRANTS IN PART WITHOUT OBJECTION Defendant Szpyt's Motion to Sever (Docket # 361), Defendant Weston's Motion to Sever (Docket # 347), Defendant Guarino's Motion to Sever (Docket # 370), and Defendant Moore's Motion to Sever (Docket # 353). Pursuant to this ruling, the Court SEVERS the trial of Defendant Szpyt on Count Seven of the Superseding Indictment, and ORDERS that this trial commence after the trial of the other counts in this case.

SO ORDERED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 24th day of November, 2008.

---

[1] As previously explained, Defendants' requests to sever Count Eight of the original indictment now pertain to Count Seven of the Superseding Indictment. (See Order on Defendants' Pending Motions (Docket # 495) at 2 n.1.)