# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) Docket no. 2:08-CR-54-P-S |
| RICHARD W. SZYPT, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

## SCHEDULING ORDER

Before the Court is the Joint Motion to Continue (Docket # 601). A conference of counsel was held on February 19, 2009 to discuss the joint proposal for a June trial schedule.[1] At the conference, the Court DENIED the Motion given its inability to conduct a three-week jury trial in June. Given the need to ensure that all remaining defendants receive a speedy trial and having conferred with all counsel in attendance regarding their calendars, it is hereby ORDERED this matter will be placed on the Court's May 2009 Criminal Trial List.

The Court specifically heard from Attorney Weinstein at the conference regarding his ongoing medical treatment that is slated to be complete by June 2009. The Court has already extended the motion filing deadline for Attorney Weinstein's client to March 2, 2009. At the conference, the Court invited Attorney Weinstein to file a motion for severance or a motion to continue with supporting documentation by that deadline.

All counsel should notify the Clerk's Office no later than April 1, 2009 as to whether their client will enter a guilty plea or go to trial. In the event their client will go to trial, counsel shall also report to the Clerk's Office by April 1, 2009 how many days their case in chief will

---

[1] The Court notes that Attorney Brunelle had notified the Clerk's Office in advance that he would be unable to attend the conference on behalf of his client, Zachary Deveau. Attorney Cyr did not appear at the conference on behalf of Michael Martin.

take and whether their client consents to jury selection before the magistrate judge.  In the event a change of plea is to be scheduled, the Court has reserved April 3, 2009 to hold any change of plea hearings.  Counsel are reminded that prosecution versions and any plea agreements are due two (2) business days before the Change of Plea is to be held.

Counsel should file any motions in limine as soon as practicable and no later than noon on April 15, 2009.  Any responses are to be filed within 7 days and, for motions filed on April 15, 2009, no later than noon on April 22, 2009.  No replies will be required.

Trial briefs and proposed jury instructions shall be filed no later than noon on April 27, 2009.  As indicated at the conference, the Government will make disclosures required pursuant to 18 U.S.C. § 3500 no later than 5 p.m. on April 27, 2009.

The Court will hold a pretrial conference of counsel, as requested by Attorney Beneman, on April 30, 2009 at 3:00 p.m. to discuss any outstanding issues.

Jury selection will be held on May 4, 2009 at 9:00 a.m.  The Court has reserved three (3) weeks for this trial, with trial commencing on May 5, 2009 at 8:30 a.m.  Counsel should note the Court will conduct trial from 8:30 a.m. to 2:30 p.m. each day with no luncheon recess. The Court will take two (2) fifteen minute recesses each day.

SO ORDERED.

                                            /s/ George Z. Singal
                                            Chief U.S. District Judge

Dated this 19th day of February, 2009.