# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil No.  08-54-P-S |
| ) | |
| **RICHARD W. SZPYT,** ) | |
| ) | |
| **Defendant** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 600) filed February 6, 2009, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendant's Motion to Suppress (Docket No. 358) is **DENIED**.

                                          /s/ George Z. Singal
                                         United States District Judge

Dated this 3rd day of March, 2009.